IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| TAP CORPORATION,<br><br>Plaintiff and Counter Defendant<br><br>v.<br><br>SUPREME CHEMICALS OF GEORGIA, INC.,<br><br>Defendant and Counter Claimant | CIVIL NO. 06-1827 (JP) |

### FINAL JUDGMENT

The parties hereto have informed the Court that they have settled this case and the terms thereof. Pursuant thereto, the Court **ENTERS JUDGMENT FOR THE PLAINTIFF** to have and recover from the defendant $50,000.00. The Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the counterclaim filed by Supreme Chemicals of Georgia, Inc. This judgment is agreed to by the parties without admission of liability by any of them.

This judgment is entered without the imposition of costs and attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 2nd day of August, 2007.

s/Jaime Pieras, Jr.
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

| s/Enrique J. Mendoza-Méndez | s/Carlos R. Ríos-Gautier |
|---|---|
| ENRIQUE J. MENDOZA-MENDEZ, ESQ.<br>Attorney for TAP Corporation | CARLOS R. RIOS-GAUTIER, ESQ.<br>Attorney for Supreme Chemicals of Georgia, Inc. |

CIVIL NO. 06-1827 (JP)            -2-

                                        s/Gustavo A. Chico-Barris
                                        GUSTAVO A. CHICO-BARRIS, ESQ.
                                        Attorney for Supreme Chemicals
                                        of Georgia, Inc.

CIVIL NO. 06-1827 (JP)            -2-